

**NUMBER 13-19-00200-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE RICARDO RODRIGUEZ JR.**

**On Petition for Writ of Mandamus.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Per Curiam Order**

Relator Ricardo Rodriguez Jr., the District Attorney for Hidalgo County, Texas, filed a petition for writ of mandamus and motion for temporary stay in the above cause on April 26, 2019. Through this original proceeding, relator seeks to vacate an order granting discovery of grand jury testimony. Through his motion for temporary stay, relator seeks to stay the underlying trial court proceedings pending resolution of this matter.

The Court, having examined and fully considered the motion for temporary stay, is of the opinion that the motion should be granted in part and denied in part. The motion for temporary stay is GRANTED and the trial court's discovery order of February 22, 2019

is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").  The order is DENIED insofar as all other trial court proceedings may continue.

The Court requests that the real party in interest, Rodolfo Rosas, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of April, 2019.

2